# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GENERAL ARNEZ BRYANT

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2020 CW 0285

**MAY 26, 2020**

---

In Re:   General Arnez Bryant, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 685967.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED.** If relator, General Arnez Bryant, seeks relief regarding a request for documents from the Louisiana Department of Public Safety and Corrections, he must first institute civil proceedings at the trial court level for a writ of mandamus. **State v. Wade,** 2018-563 (La. 3/25/19), 266 So.3d 890.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT